UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ROGER TODD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:19-cv-00085-JMS-DLP |
| | ) |
| OCWEN LOAN SERVICING, INC., | ) |
| DEUTSCHE BANK NATIONAL TRUST | ) |
| CO., | ) |
| | ) |
| Defendants. | ) |

**AMENDED SCHEDULING ORDER**
**HON. MAGISTRATE JUDGE DORIS L. PRYOR**

The Court *sua sponte* now **RESCHEDULES** the Telephonic Status Conference currently scheduled for September 13, 2019 to **August 16, 2019** at **11:00 a.m. (Eastern)**. Counsel shall attend the conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

So ORDERED.

Date: 8/15/2019

_____
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email