UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ROGER TODD, | ) |
|           Plaintiff, | ) |
| v. | ) No. 2:19-cv-00085-JMS-DLP |
| OCWEN LOAN SERVICING, INC., DEUTSCHE BANK NATIONAL TRUST CO., as Trustee for NovaStar Mortgage Funding Trust, Series 2007-1, | ) |
|           Defendants. | ) |

## ORDER

This matter comes before the Court on the parties' Joint Motion to Amend Case Management Plan (Dkt. 50). The Court, being duly advised, hereby **GRANTS** said Motion. The Case Management Plan deadlines will be amended as follows:

| Description | Old Deadline | New Deadline |
|---|---|---|
| Non-expert Discovery | December 18, 2019 | March 17, 2020 |
| Dispositive Motions Due | February 18, 2020 | May 18, 2020 |
| Expert Witness Discovery | May 18, 2020 | August 16, 2020 |
| All Remaining Discovery | June 18, 2020 | September 16, 2020 |

The settlement conference scheduled for November 6, 2019 has been rescheduled to March 5, 2020 at 9:00 a.m.

So ORDERED.

Date: 10/9/2019

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record.