UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ROGER TODD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00085-JMS-DLP |
| | ) | |
| OCWEN LOAN SERVICING, INC., | ) | |
| DEUTSCHE BANK NATIONAL TRUST | ) | |
| CO., | ) | |
| | ) | |
| Defendants. | ) | |

**MINUTE ENTRY FOR OCTOBER 10, 2019**
**STATUS CONFERENCE**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference on October 10, 2019. The parties discussed the status of and future plans for discovery.

This matter is scheduled for a telephonic status conference on **December 19, 2019** at **12:30 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 10/11/2019

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email