UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

ROGER TODD,                                    )
                                               )
                    Plaintiff,                 )
                                               )
              v.                               )     No. 2:19-cv-00085-JMS-DLP
                                               )
OCWEN LOAN SERVICING, INC.,                    )
DEUTSCHE BANK NATIONAL TRUST                   )
CO.,                                           )
                                               )
                    Defendants.                )

**MINUTE ENTRY FOR NOVEMBER 8, 2019**
**DISCOVERY CONFERENCE**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**


Parties appeared by telephone for a Discovery Conference on November 8,

2019.  The parties reported on the status of and future plans for discovery.

This matter is scheduled for a telephonic status conference on **January 30,**

**2020** at **11:30 a.m.** (Eastern) to discuss case status.  Counsel shall attend the status

conference by calling the designated telephone number, to be provided by the Court

via email generated by the Court's ECF system.


Date: 11/14/2019

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email