# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### Terre Haute Division

| | | |
|---|---|---|
| ROGER TODD, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | **Case No.**   2:19-cv-85-JMS-DLP |
| | ) | |
| OCWEN LOAN SERVICING, LLC., and | ) | |
| DEUTSCHE BANK NATIONAL TRUST CO., as | ) | |
| Trustee for NovaStar Mortgage Funding Trust, | ) | |
| Series 2007-1, | ) | |
| | ) | |
| *Defendants*. | ) | |

## PLAINTIFF'S MOTION TO COMPEL
## AND FOR AN ORDER IMPOSING SANCTIONS

Plaintiff, Roger Todd ("Todd"), by and through undersigned counsel, respectfully moves the Court to enter an order compelling Defendant Ocwen Loan Servicing, LLC. ("Ocwen") to respond to Requests for Production Nos. 1 through 31, 38, 39, and Supplemental Request for Production No. 1, propounded by Todd. Todd further respectfully moves the Court to enter an order requiring Ocwen to reimburse Todd for the reasonable attorneys' fees and costs it incurred in bringing this Motion. As fully detailed in the attached Memorandum In Support, Todd has made exhaustive good faith attempts to resolve this discovery dispute before filing this Motion. Those efforts include numerous written correspondence, multiple meet and confer conferences, and conferences before Hon. Magistrate Judge Pryor on October 10, 2019, October 30, 2019, and November 7, 2019. Following the conference on November 7, 2019, the Court authorized Todd to file a motion to compel [Doc. 40] with regard to the sought after Risk Convergence Reports and email correspondence.

For the reasons identified herein, Plaintiff Roger Todd, respectfully requests the Court enter an Order compelling Defendant Ocwen Loan Servicing, LLC. respond to Supplemental Request for Production Nos. 1 by producing the Risk Convergence Reports, for the reasonable attorneys' fees and costs Todd has incurred in bringing this Motion, and for all other relief just and proper.

                                  Respectfully submitted,

/s/ *Travis W. Cohron*
Travis W. Cohron, No. 29562-30
**CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
Telephone: (317) 637-1321
Fax: (317) 687-2344
tcohron@clarkquinnlaw.com
*Counsel for the Plaintiff*

*/s/ Nick Wooten*
Nicholas H. Wooten, No. ASB-1870-o77n
**NICK WOOTEN, LLC**
5125 Burnt Pine Drive
Conway, Arkansas 72034
nick@nickwooten.com
*Counsel for the Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on November 20, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

 David M. Schultz
 Joseph D. Kern
 **HINSHAW & CULBERTSON**
 dshultz@hinshawlaw.com
 dkern@hinshawlaw.com
 *Attorneys for Ocwen Loan Servicing, Inc.*

             */s/ Travis W. Cohron*
             Travis W. Cohron, No. 29562-30

**CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204