**Travis Cohron**

**From:** Travis Cohron
**Sent:** Friday, September 20, 2019 8:52 AM
**To:** Kern, Joseph D.; Schultz, David
**Subject:** Todd v. Ocwen

Joe:

Any availability for a call this afternoon or on Tuesday? As you know, we are still waiting for the supplemental document production discussed the Friday before last. Also, where are we with the proposed mid-November deposition dates?

Many thanks,

Travis

Travis Cohron
Clark, Quinn, Moses, Scott & Grahn, LLP
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
O: 317.637.1321
C: 317.402.6357
F: 317.687.2344

Sent from my iPhone

1

Exhibit C