# Travis Cohron

**From:** Travis Cohron
**Sent:** Wednesday, October 2, 2019 6:37 PM
**To:** Kern, Joseph D.; Schultz, David; Mike P. Maxwell
**Subject:** Todd v Ocwen

Good afternoon Joe:

Just circling back on the supplemental discovery responses we discussed. Hoping to get our hands on them in advance of tomorrow's Status Conference and avoid prolonging the call to discuss.

Many thanks,

Travis

Travis Cohron
Clark, Quinn, Moses, Scott & Grahn, LLP
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
O: 317.637.1321
C: 317.402.6357
F: 317.687.2344

Sent from my iPhone

1

**Exhibit D**