# Travis Cohron

**From:** Travis Cohron
**Sent:** Monday, October 21, 2019 1:53 PM
**To:** 'Kern, Joseph D.'
**Cc:** Schultz, David; Mike P. Maxwell
**Subject:** RE: Todd v. Ocwen - Discovery

Joe:

Good afternoon! We will be issuing the 30(b)(6) notice momentarily for the November 26th as proposed below (in West Palm Beach). I will also be reaching out to Magistrate Judge Pryor's chambers to set up a call to discuss the outstanding discovery issues. While I appreciate the ongoing willingness to communicate about these items, we've been very clear about the information we seek and have addressed all objections raised. Notwithstanding the foregoing, I still intend to provide a detailed reply to your correspondence below to again identify the nature of the documents and information we seek.

Many thanks,

Travis

**Travis Cohron**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
317.637.1321 Phone   317.687.2344 Fax
tcohron@clarkquinnlaw.com
www.clarkquinnlaw.com



Confidentiality Notice:

The materials in this electronic mail transmission (including all attachments) are private and confidential and are the property of the sender. The information contained in the material is privileged and is intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure, copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received the contents of this electronic mail transmission in error, please immediately notify the sender by telephone at (317) 637-1321 or send an electronic message to tcohron@clarkquinnlaw.com, and thereafter, destroy it immediately.

**From:** Kern, Joseph D. [mailto:JKern@hinshawlaw.com]
**Sent:** Friday, October 18, 2019 11:54 AM
**To:** Travis Cohron
**Cc:** Mike P. Maxwell; Schultz, David
**Subject:** RE: Todd v. Ocwen - Discovery

Hi Travis,

The week of Nov. 18th doesn't work for us. We can do the week before, other than the 11th. We could also try to do it on Nov. 26th (assuming our witness is available then) but that's Thanksgiving week. We could also push the deps. to

Exhibit E

December, where I'm sure all of our schedules open up a little bit. Do you have proposed dates for the week of Nov. 11th and the first two weeks of December? If so, we can see if they work for us and our 30(b)(6) rep.

Also, I know we've discussed, but please plan to make your client available the same week we land on for Ocwen's deposition. It makes most sense to knock them out the same week. Along those lines, would the week of Nov. 11th or the first two weeks of December work for your client?

I'm around today if it's easier to have a quick call to discuss.

Thanks.

**Joseph D. Kern**
Associate
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500, Chicago, IL 60606
Tel: 312-704-3417
JKern@hinshawlaw.com | hinshawlaw.com



**From:** Travis Cohron [mailto:tcohron@clarkquinnlaw.com]
**Sent:** Friday, October 18, 2019 10:25 AM
**To:** Kern, Joseph D.
**Cc:** Mike P. Maxwell; Schultz, David
**Subject:** Re: Todd v. Ocwen - Discovery

*** External email ***

Joe:

I will review your comments below and provide a response later today. Any update on preferred deposition dates the week of Nov. 18th?

Travis

Travis Cohron
Clark, Quinn, Moses, Scott & Grahn, LLP
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
O: 317.637.1321
C: 317.402.6357
F: 317.687.2344

Sent from my iPhone

On Wed, Oct 16, 2019 at 4:30 PM -0400, "Kern, Joseph D." <JKern@hinshawlaw.com> wrote:

2

Exhibit E

Travis,

A privilege log. I believe we left enough information un-redacted on Bates 170-171, 178, 194, 195, 199, 205, 216, such that a privilege log may not be necessary. However, we're preparing one and should have it for you shortly. The basis for these very limited redactions is the attorney-client privilege.

Ocwen didn't produce a complete Payment Reconciliation History. **Can you let me know which Bates numbers you're referring to, so I can investigate?**

"Documents" pertaining to Ocwen's policies and procedures for investigating, handling, or responding to Notices of Error, QWR, Requests for Information, consumer credit disputes (ACDV), or issues related to loans included in a Ch. 13 bankruptcy proceeding. As discussed during our call with Judge Pryor, these documents should specifically include all "Risk Convergence Reports" and email correspondence created by or received by an Ocwen employee. **See the attached policies and procedures Bates numbered 1250-1481. Please note we redacted certain portions that aren't relevant to the claims or defenses in this matter. You can see from the table of contents and headings that the portions we redacted aren't relevant. If you have any questions on this, please let us know. Also, if there are any other policies and procedures you believe you requested that aren't included in the attached, please let us know. As far as the "Risk Convergence Reports," you first mentioned this on our call with Judge Pryor. I also didn't see any request for these in the discovery you issued. I'm happy to further discuss this issue, but I don't think mentioning them on a call with Judge Pryor for the first time without ever previously mentioning or discussing them (or specifically requesting/identifying them in a request for production), makes the issue ripe for a motion to compel. As to you reference regarding email correspondence, I'm not sure specifically what your referring to. Can you direct me to the request for production you're referencing or "email correspondence" as to what subject you seek? Let me know if you want to set up a call to further discuss the "Risk Convergence Reports" and "email correspondence."**

The previously detailed employee information for those involved in performing the "investigation/s" responsive to Mr. Todd's NOEs, credit disputes, etc. **You mentioned you're willing to narrow this request, but we're not sure what exactly you're now seeking. You mentioned "previously detailed employee information," but I can't ascertain what information you seek. In request for production #37, you asked for "[a] full and complete copy of the employment file of each Ocwen employee who was personally involved in the investigation or review of Todd's various Notices of Error or other written correspondence provided by Todd or on Todd's behalf, the preparation of any response to Todd's various Notices of Error or written correspondence, was a party to any telephone conversation with Todd, or was otherwise tasked by Ocwen to correct any errors associated with the Loan." We objected on the bases that this request was overly broad, unduly burdensome, vague, and sought information neither relevant to the claims or defenses in this matter nor proportional to the needs of this case. You then followed up on July 30, 2019 indicating that you wanted "[c]opies of the employee files and data requested." We responded indicating that "[w]e're glad to further discuss, but for now, we stand on our objections. In particular, this requests seeks information that is not relevant to the claims or defenses in this case nor proportional to the needs of this case." I believe that is where we left off until the recent call with Judge Pryor. If you want let us know specifically what you now seek after conceding your initial request may have been too broad, we're glad to discuss.**

"Documents" relevant to the two calling systems referenced in Ocwen's Rog responses (LiveVox and Advert(sp?). **Let me know when you have time for a quick call on this.**

Thanks.

**Joseph D. Kern**
Associate
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500, Chicago, IL 60606
Tel: 312-704-3417

3



JKern@hinshawlaw.com | hinshawlaw.com



**From:** Travis Cohron [mailto:tcohron@clarkquinnlaw.com]
**Sent:** Monday, October 14, 2019 10:15 AM
**To:** Kern, Joseph D.
**Cc:** Mike P. Maxwell; Schultz, David
**Subject:** Re: Roger Todd v. Ocwen Loan Servicing, LLC.

\*\*\* External email \*\*\*

Joe:

As detailed previously, we still require the following without limitation:

- A privilege log;
- "Documents" pertaining to Ocwen's policies and procedures for investigating, handling, or responding to Notices of Error, QWR, Requests for Information, consumer credit disputes (ACDV), or issues related to loans included in a Ch. 13 bankruptcy proceeding. As discussed during our call with Judge Pryor, these documents should specifically include all "Risk Convergence Reports" and email correspondence created by or received by an Ocwen employee;
- The previously detailed employee information for those involved in performing the "investigation/s" responsive to Mr. Todd's NOEs, credit disputes, etc.
- "Documents" relevant to the two calling systems referenced in Ocwen's Rog responses (LiveVox and Advert(sp?);

I hope this is helpful. If we do get the foregoing by Friday we do intend to set a call with Judge Prior and proceed with filing a Motion to Compel immediately thereafter. We also have issues with a number of the objections raised in Ocwen's various responses that will be detailed via letter no later than Wednesday.

Many thanks,

Travis

Travis Cohron
Clark, Quinn, Moses, Scott & Grahn, LLP
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204

4

**Exhibit E**

O: 317.637.1321

C: 317.402.6357

F: 317.687.2344

Sent from my iPhone

---

**From:** Kern, Joseph D. <jkern@hinshawlaw.com>
**Sent:** Friday, October 11, 2019 2:51 PM
**To:** Travis Cohron
**Cc:** Mike P. Maxwell; Schultz, David
**Subject:** RE: Roger Todd v. Ocwen Loan Servicing, LLC.

Travis,

In an effort to finalize any outstanding discovery disputes, do you want to let me know what else remains (aside from the policy and procedures, which I'm working on)?

**Joseph D. Kern**
Associate
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500, Chicago, IL 60606
Tel: 312-704-3417
JKern@hinshawlaw.com |hinshawlaw.com



---

**From:** Kern, Joseph D.
**Sent:** Thursday, October 10, 2019 1:36 PM
**To:** 'Travis Cohron'
**Cc:** 'Mike P. Maxwell'; 'Schultz, David'; Zielinski, Izabela H.
**Subject:** RE: Roger Todd v. Ocwen Loan Servicing, LLC.

Travis,

5

Exhibit E

Attached please find a PDF, which we produce as a supplement to Ocwen's responses to your requests for production. As you will see, we've been able to provide the descriptions for all of the abbreviations in the servicing notes you requested, except for 5 of them (highlighted in yellow, two are the same). We will continue to work to provide descriptions for those abbreviations, and if able to, further supplement our responses.

My assistant (copied) will also send you another PDF, which we also produce as a supplement to Ocwen's responses to your request for production. The PDF is too large to send via email.

I'm working on the requested policies and procedures. I should have an update in the very near future.

As far as your request that Ocwen produce the LiveVox manual, the manual itself contains a provision that appears to prohibit its disclosure. As such, if Ocwen produces the manual absent a court order, it may violate such provision. Any thoughts on how to address this? Perhaps we can discuss the issue on today's call with the court. I'm free before the conference if you want have a call shortly before.

As far as dates for Ocwen's 30(b)(6), I previously proposed 11/12, 11/13, 11/14, or 11/15, but didn't hear back. Do any of those dates work? If so, let me know and I'll check if those dates are still available. I know we also discussed doing your client's deposition around the same time as Ocwen's to avoid us traveling twice. Is your client available any of these dates? If so, we can do his deposition on the day we don't do Ocwen's.

I believe the above addresses most of the issues, leaving only a few we still need to discuss.

Thanks.

**Joseph D. Kern**
Associate
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500, Chicago, IL 60606
Tel: 312-704-3417
JKern@hinshawlaw.com | hinshawlaw.com



Exhibit E

✓ **From:** Kern, Joseph D.
**Sent:** Thursday, October 10, 2019 9:59 AM
**To:** 'Travis Cohron'
**Cc:** Mike P. Maxwell; Schultz, David
**Subject:** RE: Roger Todd v. Ocwen Loan Servicing, LLC.

Does anytime between 11 and 1 CST work for a call?

**Joseph D. Kern**
Associate
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500, Chicago, IL 60606
Tel: 312-704-3417
JKern@hinshawlaw.com | hinshawlaw.com



✓ **From:** Travis Cohron [mailto:tcohron@clarkquinnlaw.com]
**Sent:** Wednesday, October 09, 2019 3:24 PM
**To:** Kern, Joseph D.; Schultz, David
**Cc:** Mike P. Maxwell
**Subject:** Roger Todd v. Ocwen Loan Servicing, LLC.

\*\*\* External email \*\*\*

Joe:

Please find attached *Plaintiff's Second Request for Admissions* in both .Word and Pdf. Also, would you be so kind as to provide an update on the status of the supplemental discovery responses (we intend to proceed with filing a Motion to Compel if we cannot obtain all documents responsive to our requests and an amended RFP document clarifying the basis of any outstanding objections) and advise as to your availability for a call tomorrow morning? We would like to discuss the foregoing and pin down a date in mid-November for the Ocwen 30(b)(6).

Many thanks,

7

Exhibit E

Travis

**Travis Cohron**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
317.637.1321 Phone  317.687.2344 Fax
tcohron@clarkquinnlaw.com
www.clarkquinnlaw.com



Confidentiality Notice:

The materials in this electronic mail transmission (including all attachments) are private and confidential and are the property of the sender. The information contained in the material is privileged and is intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure, copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received the contents of this electronic mail transmission in error, please immediately notify the sender by telephone at (317) 637-1321 or send an electronic message to tcohron@clarkquinnlaw.com, and thereafter, destroy it immediately.

**From:** Janece Jones
**Sent:** Wednesday, October 9, 2019 3:10 PM
**To:** Travis Cohron
**Cc:** Ashley Denny
**Subject:** Todd, Roger 2nd RFA

**Janece Jones, Legal Assistant**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
317.637.1321 Phone  317.687.2344 Fax
jjones@clarkquinnlaw.com
www.clarkquinnlaw.com



Confidentiality Notice:

Exhibit E

The materials in this electronic mail transmission (including all attachments) are private and confidential and are the property of the sender. The information contained in the material is privileged and is intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure, copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received the contents of this electronic mail transmission in error, please immediately notify the sender by telephone at (317) 637-1321 or send an electronic message to jjones@clarkquinnlaw.com, and thereafter, destroy it immediately.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

Exhibit E