## Travis Cohron

| | |
|---|---|
| **From:** | Travis Cohron |
| **Sent:** | Tuesday, November 5, 2019 9:27 AM |
| **To:** | Kern, Joseph D. (JKern@hinshawlaw.com); Schultz, David (dschultz@hinshawlaw.com) |
| **Cc:** | Nick Wooten (nick@nickwooten.com) |
| **Subject:** | Roger Todd v. Ocwen Loan Servicing, LLC. |

Good morning Joe:

Circling back on some of the discovery items I would describe as more mundane. Any update on the following? Happy to hop on the phone sometime this afternoon to discuss.

- **Email Correspondence**: We provided search terms narrowing the scope of the request. While recognizing your concerns/objections with regard to several, we see no reason for further delay in producing docs responsive to the first three search terms.
- **Privilege Log**: Our understanding was that this would have been provided by now.
- **Policy & Procedures Manuals**: This item is specifically related to the P&P for the Quality Analysts handing NOE/QWR/RFI responses as described in our previous correspondence as well as individuals handing investigations and responding to credit disputes received from the credit reporting agencies.
- **Employee information**: As with the previous, it would be nice to eliminate this from the list. We remain willing to further narrow the request to the specific employees who handled the NOEs and credit dispute (ACDV) investigations. If we cannot come to a quick agreement on this we are happy to start pulling names from the Servicing Notes and seek the Court's assistance in noticing them for deposition.
- **Payment Reconciliation History w/ change date field**: Our understanding is that this would be provided. Please advise.

Many thanks,

Travis


**Travis Cohron**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
317.637.1321 Phone   317.687.2344 Fax
tcohron@clarkquinnlaw.com
www.clarkquinnlaw.com



Confidentiality Notice:

The materials in this electronic mail transmission (including all attachments) are private and confidential and are the property of the sender. The information contained in the material is privileged and is intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure, copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received the contents of this electronic mail transmission in error, please immediately notify the sender by telephone at (317) 637-1321 or send an electronic message to tcohron@clarkquinnlaw.com, and thereafter, destroy it immediately.

1

Exhibit G