## Travis Cohron

**From:** Travis Cohron
**Sent:** Wednesday, October 23, 2019 1:16 PM
**To:** Kern, Joseph D. (JKern@hinshawlaw.com); Schultz, David (dschultz@hinshawlaw.com); Nick Wooten (nick@nickwooten.com)
**Subject:** Todd v. Ocwen Loan Servicing, LLC.

Joe:

In addition to the discussed file pathways reflected on the Servicing Notes, please find below the requested list of search terms to assist you in identifying emails we contend are subject to our previous discovery requests:

- Roger Todd
- 8800 East Washboard Road
- Loan No. 7110452443
- Metric Remediation
- Metric 1.A
- Metric 2.A
- Metric 2.B
- Metric 2.C
- Metric 4.C
- Metric 5.E
- Metric 5.A
- Metric Failure
- QWR Responses
- IRG Testing Results
- Bankruptcy Compliance

I think it goes without saying our requests should not be construed as being limited to the foregoing nor should they be used as "exact matches." The relevant time period is January 1, 2013 (shortly before the start of Mr. Todd's bankruptcy proceeding to today). Please feel to reach out to discuss further. Also, we still await your permission to proceed with serving our nonparty document subpoena requests in advance of the seven days required by Local Rule.

Many thanks,

Travis

**Travis Cohron**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
317.637.1321 Phone  317.687.2344 Fax
tcohron@clarkquinnlaw.com
www.clarkquinnlaw.com


ClarkQuinn
Clark, Quinn, Moses, Scott & Grahn, LLP

Confidentiality Notice:

1

Exhibit H

The materials in this electronic mail transmission (including all attachments) are private and confidential and are the property of the sender. The information contained in the material is privileged and is intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure, copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received the contents of this electronic mail transmission in error, please immediately notify the sender by telephone at (317) 637-1321 or send an electronic message to tcohron@clarkquinnlaw.com, and thereafter, destroy it immediately.

Exhibit H