## Travis Cohron

**From:** Travis Cohron
**Sent:** Friday, October 25, 2019 12:21 PM
**To:** Kern, Joseph D. (JKern@hinshawlaw.com); Schultz, David (dschultz@hinshawlaw.com); Nick Wooten (nick@nickwooten.com)
**Subject:** Todd v. Ocwen Loan Servicing, LLC.

Joe:

Circling back on our discussion from yesterday. Due to time constraints we are unable to coordinate a joint submission. Im swamped and think it will be around 4 before I can wrap it up. However, in fairness, I have provided a list of items we intend to raise during the call below. I will also do my best to get you a copy of our submission with some time before close of business. However, in the event you have an update from you client, can commit to produce, or able to produce today, any of the following before the close of business let's get on the phone to discuss.

- **Email Correspondence:** We provided search terms narrowing the scope of the request, you did not seem to have any objection to the first three, but wanted to speak with Ocwen and get back to us.
- **Privilege Log:** I don't know for certain whether this is still an issue but we have yet to receive one despite several conversations about it. It would be great to get a commitment on it and eliminate this from the list.
- **Policy & Procedures Manuals:** This item is specifically related to the P&P for the Quality Analysts handing NOE/QWR/RFI responses as described in our previous correspondence as well as individuals handing investigations and responding to credit disputes received from the credit reporting agencies. Same as above, we would love to eliminate this from the list.
- **Employee Information:** We have narrowed the scope of our request but Ocwen "stands on its previous objections." As with the previous, it would be nice to eliminate this from the list if we can agree to limit it to the specific people who handle the NOEs and credit dispute (ACDV) investigations.
- **Control Reports:** I don't see any progress being made on these but we would like a formal position. Just so we are clear we only seek those specifically relating to any item or issue contained in the operative Complaint.
- **Payment Reconciliation History:** Like several of the previous, I would really like to eliminate this one. My recollection is you were going to speak with Ocwen again.
- **Rogs:** We need info. pertaining to matters in which Mr. Raleigh has been involved. Because we have not touched on this previously I will not be including it in our submission but would like to discuss in advance of our conference so to have Judge Pryor weigh in if necessary.

Many thanks,

Travis

**Travis Cohron**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
317.637.1321 Phone  317.687.2344 Fax
tcohron@clarkquinnlaw.com
www.clarkquinnlaw.com


Clark, Quinn, Moses, Scott & Grahn, LLP

1

Exhibit I

Confidentiality Notice:

The materials in this electronic mail transmission (including all attachments) are private and confidential and are the property of the sender. The information contained in the material is privileged and is intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure, copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received the contents of this electronic mail transmission in error, please immediately notify the sender by telephone at (317) 637-1321 or send an electronic message to tcohron@clarkquinnlaw.com, and thereafter, destroy it immediately.

Exhibit I