UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Terre Haute Division

| | |
|---|---|
| ROGER TODD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.   2:19-cv-85-JMS-DLP |
| | ) |
| OCWEN LOAN SERVICING, INC., and | ) |
| DEUTSCHE BANK NATIONAL TRUST CO., as | ) |
| Trustee for NovaStar Mortgage Funding Trust, | ) |
| Series 2007-1, | ) |
| | ) |
| Defendants. | ) |

## REQUEST FOR PRODUCTION OF DOCUMENTS TO OCWEN

Plaintiff, Roger Todd ("Todd"), by counsel, requests that Defendant, Ocwen Loan Servicing, LLC ("Ocwen"), produce the following documents and tangible things within its or its attorney's possession, custody or control, pursuant to Rule 34 of the Federal Rules of Trial Procedure. The documents and things are to be produced within thirty days at the offices of Clark Quinn Moses Scott & Grahn, LLP, 320 N. Meridian St., Suite 1100, Indianapolis, Indiana 46204, while any product or components are to be produced at a mutually convenient time and place within thirty days.

## DEFINITIONS

1. "Loan" means collectively the note and mortgage alleged in paragraph 3 of *Plaintiff's First Amended Complaint and Demand for Jury Trial*.

2. "Bankruptcy Case" means the bankruptcy case filed by Todd pursuant to Chapter 13 of the United States Bankruptcy Code on March 4, 2011, in the United States Bankruptcy Court for the Southern District of Indiana, Case No. 11-80256-JJG-13.

1

Exhibit K

3. "Deutsche Bank" means the Defendant, Deutsche Bank National Trust Co., as Trustee for NovaStar Mortgage Funding Trust, series 2007-1.

## REQUESTS FOR PRODUCTION

1. Please produce all Risk Convergence Reports created between January 1, 2014 and August 31, 2016.

   **RESPONSE**:

Respectfully submitted,

*/s/ Travis W. Cohron*
Travis W. Cohron, No. 29562-30
**CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
Telephone: (317) 637-1321
Fax: (317) 687-2344
tcohron@clarkquinnlaw.com

Exhibit K

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing has been served by first class United States mail, postage prepaid, this 31st day of October, 2019 to:

David M. Schultz
Joseph D. Kern
Hinshaw & Culbertson
151 North Franklin Street Suite 2500
Chicago, IL 60606
dshultz@hinshawlaw.com
jkern@hinshawlaw.com
Telephone: (312) 704-3000
*Counsel for Defendants*

                */s/ Travis W. Cohron*
                Travis W. Cohron, No. 29562-30

**CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
Telephone: (317) 637-1321
tcohron@clarkquinnlaw.com

Exhibit K