

Matthew R. Clark
Robert B. Scott
Charles R. Grahn
Frank D. Otte*
John "Bart" Herriman
William W. Gooden**
Michael P. Maxwell
Russell L. Brown**†
Jennifer F. Perry
N. Davey Neal
Travis W. Cohron
Maggie L. Sadler
Kristin A. McIlwain

Senior Counsel
James C. Clark
Thomas Michael Quinn
John M. Moses

Land Use Consultant
Elizabeth Bentz Williams, AICP

Raymond J. Grahn (2015)
Alex M. Clark (1991)
Peter A. Pappas (1986)
Thomas M. Quinn (1973)
Joseph M. Howard (1964)

*Also admitted in Montana
†Also admitted in Kentucky
**Registered Civil Mediator

November 7, 2019

**_Via Email_**
Hon. Magistrate Judge Doris L. Pryor
mjpryor@insd.uscourts.gov

Mr. Joseph Kern
jkern@hinshawlaw.com

Re:   Position Statement
      *Roger Todd v. Ocwen Loan Servicing, LLC.* (Cause No. 2:19-cv-00085)

Hon. Magistrate Judge Pryor:

Per request, Plaintiff Roger Todd ("Todd"), submits this Position Statement in advance of the Telephonic Status Conference scheduled for November 7, 2019 at 10:30 EST:

<u>Introduction</u>

Todd served Requests for the Production of Documents ("RFP's") upon Ocwen on May 16, 2019. Ocwen responded to the RFP's on June 25, 2019. Thereafter, counsel for Todd and counsel for Ocwen have exchanged dozens of emails and conducted no less than nine (9) telephonic "meet and confers" attempting to come to an agreement about the production of various documents.

On October 3, 2019, the Court conducted a telephonic Status Conference to discuss requested changes to the Case Management Plan. During the call, Todd raised concerns about Ocwen's failure to produce the Risk Convergence Reports and Email Correspondence detailed below. Following some discussion, the Parties agreed to maintain the previously calendared telephonic Status Conference to revisit the outstanding discovery items.

On October 10, 2019, the Court conducted a telephonic Status Conference to follow-up on the discovery issues discussed on October 3, 2019 as noted above. During the call, Todd again raised concerns about Ocwen's failure to produce the Risk Convergence Reports and Email Correspondence detailed below. In response, Ocwen provided no specific basis or justification for not producing the documents.

On October 30, 2019, the Court commenced and concluded an additional telephonic Status Conference to specifically address the ongoing discovery dispute. At that time, Todd was instructed to issue a Supplemental Request for the Production regarding the Risk Convergence

Exhibit N

November 7, 2019
Page **2** of **3**

Reports. In turn, Ocwen was instructed and agreed to provide a formal response to said request in advance of November 7, 2019. Also during the call, the Parties briefly discussed several other outstanding items including Ocwen's failure to produce any Email Correspondence even after Todd agreed to narrow his request to specific search terms. Ultimately discussion about the Email Correspondence was tabled pending the issuance of the Supplemental Request for Production.

<u>Items In Dispute</u>

- **Risk Convergence Reports**

Todd still seeks the Risk Convergence Reports. Per the Court's instructions, Todd submitted the following Supplemental Request for Production on October 31, 2019: "Please produce all Risk Convergence Reports created between January 1, 2014 and August 31, 2016." To date, and despite three conference calls conducted with hopes of resolving this without further Court intervention, Ocwen has not provided a formal objection to the request.

- **Email Correspondence**

Todd still seeks email correspondence responsive to his document requests. As the Court is aware, Todd provided the following search terms (but not be solely used in an "exact match" search) on October 23, 2019 so to limit the scope of his request and attempt to resolve this dispute: 1) Roger Todd; 2) 8800 East Washboard Road; 3) Loan No. 7110452443; 4) Metric Remediation; 5) Metric 1.A; 6) Metric 2.A; 7) Metric 2.B; 8) Metric 2.C; 8) Metric 4.C; 9) Metric 5.E; 10) Metric 5.A; 11) Metric 6.A; 12) Bankruptcy Compliance; and, 13) Metric Failure.

To date, not a single email has been produced in this case. Further, Ocwen has not raised any specific objection to the search terms above other than informally questioning the relevancy of terms Nos. 4-13. Ocwen concedes terms Nos. 1-3 are appropriate but has now informally suggested conducted two searches (one now for Nos. 1-3 and a second later once a resolution is obtained regarding Nos. 4-13 is obtained) would be unduly burdensome.

- **Policy & Procedures Manual/s**

Todd still seeks Policy and Procedure Manuals maintained by Ocwen during the relevant periods for the handling and investigation of Notices of Errors and consumer credit disputes under the Fair Credit Reporting Act, i.e., upon receiving an ACDV from a credit reporting agency which in turn is prompted via a consumer's dispute letter. The manuals would be utilized by Ocwen employees including without limitation its "Quality Analysts." Ocwen has produced manuals relevant to "informal" customer disputes, i.e. complaints to their call centers.

Counsel for Ocwen represents he has requested this information from his client but has not committed to a timeline or even to producing them if in fact they are available.

Exhibit N

November 7, 2019
Page **3** of **3**

- **Employee Information**

Todd still seeks documents and information pertaining to the Ocwen employees who conducted the investigations responsive to his Notices of Error and credit disputes. Initially, he requested the employment files of these individuals. However, approximately six weeks ago, Todd agreed to limit the scope of this request to **"the full name, date of hire, home address, email address, date of termination (if applicable), positions and/or job titles held during employment with Ocwen, a description of the responsibilities required of each position, address of principal office or work location, and qualifications and/or training received"** for each of these individuals.

- **Privilege Log**

Ocwen has agreed to provide a Privilege Log before Thanksgiving.

Many thanks,

/s/ Travis W. Cohron
Travis W. Cohron

TWC|aad
Enclosure

Exhibit N