## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### Terre Haute Division

| | |
|---|---|
| ROGER TODD, | ) |
|     *Plaintiff*, | ) |
| | ) |
| v. | ) **Case No.**  2:19-cv-85-JMS-DLP |
| | ) |
| OCWEN LOAN SERVICING, INC., and | ) |
| DEUTSCHE BANK NATIONAL TRUST CO., as | ) |
| Trustee for NovaStar Mortgage Funding Trust, | ) |
| Series 2007-1 | ) |
|     *Defendants*. | ) |

### NOTICE OF APPEARANCE

TO:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: **Roger Todd, Plaintiff.**

Dated this 3rd day of December, 2019.

                                             Respectfully submitted,

                                             */s/ Rusty A. Payton*
                                             Rusty A. Payton
                                             Payton Legal Group
                                             20 North Clark Street
                                             Suite 3300
                                             Chicago, Illinois 60602
                                             (773) 682-5210
                                             info@payton.legal
                                             *Counsel for the Plaintiff*