## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### Terre Haute Division

| | |
|---|---|
| ROGER TODD, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | )  **Case No.**  2:19-cv-85-JMS-DLP |
| | ) |
| OCWEN LOAN SERVICING, INC., and | ) |
| DEUTSCHE BANK NATIONAL TRUST CO., as | ) |
| Trustee for NovaStar Mortgage Funding Trust, | ) |
| Series 2007-1, | ) |
| | ) |
| *Defendants*. | ) |

## **MOTION TO CONSOLIDATE AND NOTICE OF RELATED FILING**

Plaintiff Roger Todd, in accordance with Local Rule 40-1(d) and pursuant to Federal Rule of Civil Procedure 42(a), hereby provides notice of a related filing and moves to consolidate this action ("*Todd*") with *Roderick Converse, et al. v. PHH Mortgage Corporation, successor by merger to Ocwen Loan Servicing, LLC*. (Cause No.1:19-cv-04872-SEB-MPB) ("*Converse*") for purposes of managing discovery and general administration before this Court. For the reasons stated in the accompanying *Memorandum in Support of Motion to Consolidate*, Plaintiff Roger Todd respectfully requests the Court grant this Motion.

Respectfully submitted,

/s/ *Travis W. Cohron*
Travis W. Cohron, No. 29562-30
**CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
Telephone: (317) 637-1321
Fax: (317) 687-2344
tcohron@clarkquinnlaw.com

           */s/ Nick Wooten*
           Nick Wooten
           **NICK WOOTEN, LLC**
           5125 Burnt Pine Drive
           Conway, Arkansas 72034
           nick@nickwooten.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 19, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David M. Schultz
Joseph D. Kern
**HINSHAW & CULBERTSON**
dshultz@hinshawlaw.com
dkern@hinshawlaw.com
*Counsel for Defendants*

           */s/ Travis W. Cohron*
           Travis W. Cohron, No. 29562-30

**CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204