UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Terre Haute Division

| | |
|---|---|
| ROGER TODD, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) **Case No.** 2:19-cv-85-JMS-DLP |
| OCWEN LOAN SERVICING, INC., and DEUTSCHE BANK NATIONAL TRUST CO., as Trustee for NovaStar Mortgage Funding Trust, Series 2007-1, | ) ) ) ) ) ) |
| *Defendants*. | ) |

## JOINT MOTION TO AMEND CASE MANAGEMENT DEADLINES

Plaintiff, Roger Todd, and Defendants, Ocwen Loan Servicing, LLC, incorrectly named in the caption as Ocwen Loan Servicing, Inc., and Deutsche Bank National Trust Co., as Trustee for NovaStar Mortgage Funding Trust, Series 2007-1, by their respective counsel, respectfully moves to amend the deadlines for fact and expert discovery, as well as case-dispositive motions, by ninety days as described below. In support of this motion, the parties state as follows:

1. During the status conference the parties discussed and reached agreement on changes to the Case Management Plan necessitated by a need to obtain rulings from the Court on several filings before proceeding with the previously scheduled 30(b)(6) deposition and the Magistrate indicated agreement thereto.

2. The sought after changes to the Case Management Plan are as follows:

   a. The settlement conference is moved from March 5, 2020 to June 18, 2020;

   b. The non-expert discovery deadline is moved from March 17, 2020 to June 15, 2020;

c. The dispositive motion deadline is moved from May 18, 2020 to August 16, 2020; and

d. The expert discovery deadline is moved to July 6, 2020.

WHEREFORE, the parties respectfully requests that the Court amend the Case Management Plan previously approved on May 9, 2019, and amended on October 9, 2019, in the manner described above.

                                                          Respectfully submitted,

| | |
|---|---|
| By: */s/Travis W. Cohron* | By: */s/ Joseph D. Kern (with consent)* |
| Travis W. Cohron | David M. Schultz |
| CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP | Joseph D. Kern |
| 320 N. Meridian Street, Suite 1100 | HINSHAW & CULBERTSON |
| Indianapolis, IN 46204 | 151 North Franklin Street, Suite 2500 |
| Telephone: (317) 637-1321 | Chicago, IL 60606 |
| tcohron@clarkquinnlaw.com | dshultz@hinshawlaw.com |
| *Counsel for Plaintiff* | jkern@hinshawlaw.com |
| | Telephone: (312) 704-3000 |
| | *Counsel for Defendants* |