**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Terre Haute Division**

| | | |
|---|---|---|
| ROGER TODD, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | **Case No.**    2:19-cv-85-JMS-DLP |
| | ) | |
| OCWEN LOAN SERVICING, INC., and | ) | |
| DEUTSCHE BANK NATIONAL TRUST CO., as | ) | |
| Trustee for NovaStar Mortgage Funding Trust, | ) | |
| Series 2007-1 , | ) | |
| | ) | |
| *Defendants*. | ) | |

**ORDER GRANTING JOINT MOTION**
**TO AMEND CASE MANAGEMENT PLAN DEADLINES**

The parties, by their respective counsel, having filed a Joint Motion requesting that the

Court amend the Case Management Plan previously approved on May 9, 2019, and amended on

October 9, 2019, in the manner described above, now GRANTS said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the sought after

changes to the Case Management Plan are now as follows:

    a.   The settlement conference is moved from March 5, 2020 to June 18, 2020;

    b.   The non-expert discovery deadline is moved from March 17, 2020 to June 15,

        2020;

    c.   The dispositive motion deadline is moved from May 18, 2020 to August 16,

        2020; and

    d.   The expert discovery deadline is moved to July 6, 2020.

**SO ORDERED.**

_____

Judge, United States District Court

Copies to counsel of
record electronically registered.