UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| ROGER TODD, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:19-cv-00085-JMS-DLP |
| OCWEN LOAN SERVICING, INC., DEUTSCHE BANK NATIONAL TRUST CO., as Trustee for NovaStar Mortgage Funding Trust, Series 2007-1, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on the parties' Joint Motion to Amend Case Management Deadlines, Dkt. [105]. The Court, being duly advised, hereby **GRANTS IN PART** said Motion. The CMP deadlines will be amended as follows:

| Description | Old Deadline | New Deadline |
|---|---|---|
| Non-expert Discovery | March 17, 2020 | June 15, 2020 |
| Dispositive Motions Due | May 18, 2020 | August 16, 2020 |
| Expert Witness Discovery | August 16, 2020 | September 25, 2020 |

The settlement conference scheduled for March 5, 2020 has been rescheduled to June 18, 2020 at 1:30 p.m. in Room 255, United States District Court, 46 East Ohio Street, Indianapolis, Indiana.

So ORDERED.

Date: 1/22/2020

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record.