# **EXHIBIT B**

## ATTACHMENT TO SUBPOENA – STONETURN GROUP

Copies of all Compliance Review Reports, findings, or official correspondence, provided to the New York State Department of Financial Services with regard to Ocwen Loan Servicing, LLC. (or any related entity of Ocwen Loan Servicing LLC.) from January 1, 2013 to December 31, 2018.