UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ROGER TODD, <br><br> Plaintiff, <br><br> v. <br><br> OCWEN LOAN SERVICING, INC., and DEUTSCHE BANK NATIONAL TRUST CO., as Trustee for NovaStar Mortgage Funding Trust, Series 2007-1, <br><br> Defendant. | Case No. 2:19-cv-00085-JMS-DLP |

**ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Defendant Ocwen Loan Servicing, LLC ("Defendant"), incorrectly named in the caption as Ocwen Loan Servicing, Inc., having filed its DEFENDANT OCWEN LOAN SERVICING, LLC'S MOTION FOR EXTENSION OF TIME TO FILE A REPLY IN FURTHER SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER REGARDING 30(B)(6) TOPICS, and the Court being duly advised, now GRANTS said Motion.

IT IS THEREFORE ORDERED THAT:

(1)  Defendant has until February 26, 2020 to file its reply in further support of its motion for protective order re 30(b)(6) topics (Dkt. 106).

_____
Judge, United States District Court

Copies of this order will be served electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.