UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ROGER TODD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:19-cv-00085-JMS-DLP |
| | ) |
| OCWEN LOAN SERVICING, INC., | ) |
| DEUTSCHE BANK NATIONAL TRUST | ) |
| CO., as Trustee for NovaStar Mortgage | ) |
| Funding Trust, Series 2007-1, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter comes before the Court on the Defendant Ocwen Loan Servicing, LLC's Motion for Extension of Time to File Reply to Its Motion to Reconsider, Dkt. [128]. The Court, being duly advised, hereby **GRANTS** said Motion. Defendant shall have to and including **February 27, 2020** by which to file a reply to its Motion to Reconsider Regarding Risk Convergence Reports (Dkt. 121).

So ORDERED.

Date: 2/25/2020

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record.