6

1  search terms that are relevant to our claims in establishing
2  knowledge with regard to the issues in the case.
3           Previously, Mr. Todd -- or, excuse me, counsel for
4  Ocwen has indicated that the first three, you know, are not
5  objectionable.  Certainly, he did not agree to produce them
6  and is standing on the objection that this is a conversation
7  going on with the client about whether or not these can be
8  produced and how they can be produced.  So, to date, we're
9  still trying to sort through the weeds and figure out a path
10 to go forward.
11          THE COURT:  Mr. Kern, in regards to the e-mail
12 correspondence -- and I think the search terms that we're
13 referring to are the address, the name Roger Todd, and then
14 the loan number?
15          MR. KERN:  Yes.  Yes, Your Honor.  I believe -- and
16 this case has been moving fast, there's a lot going on, so I
17 think it was yesterday, but it may have been the day before,
18 but I had spoken with Travis and Mr. Wooten about it.  The
19 first three, where we're at on those is, there's no relevancy
20 objection to those.  It is a loan number, it is Mr. Todd's
21 name, and it is the property address.
22          And I believe what we proposed to do was for me to,
23 I guess, ==start the process of seeing the steps that would need==
24 ==to be taken to complete an e-mail search for those terms, in==
25 ==terms of how it can be done and the costs associated with it.==

Exhibit C