```
 1   to articulate.  We had a three-week delay to get
 2   this question answered, and it sounds like we still
 3   don't have it answered, so I'm just wanting to make
 4   sure that I appreciate what has happened over the
 5   past few weeks.
 6              MR. KERN:  Well, I can tell you that there
 7   has been -- we have been working on it diligently.
 8   There has been multiple communications with Ocwen,
 9   technical teams were involved, there has probably
10   been, I would estimate, about five people internally
11   working on this issue.  I really can attest to the
12   Court the effort to get this info has been diligent.
13   We have been making every effort.  You know, we
14   really are pushing it.  It finally looks like we
15   have got the right people to get the right question.
16              THE COURT:  Okay.
17              MR. KERN:  And I don't want to use
18   Thanksgiving as an excuse, but that did delay things
19   due to people's travel times and things of that
20   nature.
21              THE COURT:  Understood.  So we think that
22   by Friday we can confirm in what format it can be
23   given, or are you saying we still don't know if the
24   last payment date change data is available?
25              MR. KERN:  No, it appears that it would
```

Exhibit D