```
 1  be, that it is available, it just may not be able to
 2  be reproduced in the exact format that, I guess, was
 3  represented in the Saccameno case.  And I know
 4  Mr. Wooten provided what was produced in that case,
 5  and it was a payment reconciliation history with an
 6  extra column.  ==It does not appear we can produce it==
 7  ==in that format, but the data itself it appears we==
 8  ==can produce.==
 9              THE COURT:  All right.  Thank you very
10  much.
11              Anything additional, Mr. Wooten, or
12  Mr. Cohron on that topic?
13              MR. WOOTEN:  Your Honor, for the
14  plaintiff, Mr. Wooten.  If we may, on that issue, if
15  we have that data, we think we may be able to sort
16  that out.  We would just need to see exactly what
17  they gave us to represent that data.
18              THE COURT:  And Mr. Kern has represented
19  we should know the answer to that by this Friday.
20              MR. WOOTEN:  Yes.  And we will make all
21  effort to get our hands on that and look at it
22  immediately and determine what we can from it and
23  make our way back to the Court if we need to.
24              THE COURT:  Okay.  Issue two, in regards
25  to the policy and procedure manuals that have been
```

Exhibit E