```
 1   produced -- and the question was whether we produced
 2   it in the format that Ocwen had produced it before
 3   in a prior case that Mr. Wooten had.  Due to the
 4   change in servicing platforms, we could not produce
 5   it in that exact same format, and that is what we
 6   discussed the last conference, whether I would
 7   confirm that.  I have since confirmed that.
 8   However, I have since produced the data that would
 9   appear in the column that they had requested in a
10   different format, and I produced that last night.
11   It should show that last change date column,
12   transaction date, a brief description, and then the
13   amount, so I believe that issue is now resolved,
14   unless Travis or Nick has had a chance to review it
15   and think otherwise.
16              THE COURT:  Mr. Cohron?  Mr. Wooten?
17              MR. WOOTEN:  Your Honor, this is
18   Mr. Wooten.  We received that information last
19   night.  We have looked at it.  Let me just polite,
20   what we have been presented is a factual
21   impossibility.  Basically what Ocwen presented
22   through Mr. Kern is a document that says that the
23   last change date of every transaction is the next
24   calendar day after the transaction.  I have multiple
25   third party or 30(B)(6) corporate representative
```

Exhibit G