UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ROGER TODD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:19-cv-00085-JMS-DLP |
| | ) |
| OCWEN LOAN SERVICING, INC., | ) |
| DEUTSCHE BANK NATIONAL TRUST | ) |
| CO., as Trustee for NovaStar Mortgage | ) |
| Funding Trust, Series 2007-1, | ) |
| | ) |
| Defendants. | ) |

## ENTRY

Presently pending before the Court is Defendant Ocwen Loan Servicing, Inc.'s Motion for Reconsideration of the Court's Order on the Plaintiff's Motion to Compel Risk Convergence Reports (Dkt. 121). On April 1, 2020, the parties informed the Court that they had reached a tentative agreement regarding which parts of the Risk Convergence Reports were discoverable and requested that the Court hold the Motion for Reconsideration in abeyance pending the parties' review of the Risk Convergence Reports. The parties' review of the reports has been complicated by the current pandemic outbreak of COVID-19.

The Court hereby **GRANTS** the parties' request to hold the Motion for Reconsideration (Dkt. 121) in abeyance pending the parties' review of the Risk Convergence Reports. **On or before June 1, 2020**, the parties shall file a joint status report that outlines their efforts to review the Risk Convergence Reports and whether

the parties still require a ruling on the Motion for Reconsideration.

    So ORDERED.

Date: 4/6/2020

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record.