UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ROGER TODD,<br><br>    Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, INC., and<br>DEUTSCHE BANK NATIONAL TRUST CO.,<br>as Trustee for NovaStar Mortgage Funding<br>Trust, Series 2007-1,<br><br>    Defendant. | )<br>)<br>)<br>)  Case No. 2:19-cv-00085-JMS-DLP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Roger Todd ("Plaintiff") and Defendant Ocwen Loan Servicing, LLC ("Defendant"), incorrectly named in the caption as Ocwen Loan Servicing, Inc., through their respective counsel, that Plaintiff's claim under the Telephone Consumer Protection Act ("TCPA")—Count II of Plaintiff's Second Amended Complaint—shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41. All other claims made by the Plaintiff shall remain pending and unaffected by the agreed dismissal of the TCPA claim. Each party shall bear its own costs and attorneys' fees with respect to Plaintiff's TCPA claim.

Dated: April 14, 2020

Respectfully submitted,

By: */s/ Travis W. Cohron*
Travis W. Cohron
CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
Telephone: (317) 637-1321
tcohron@clarkquinnlaw.com
*Counsel for Plaintiff*

By: */s/ Joseph D. Kern*
David M. Schultz
Joseph D. Kern
HINSHAW & CULBERTSON
151 North Franklin Street, Suite 2500
Chicago, IL 60606
dshultz@hinshawlaw.com
jkern@hinshawlaw.com
Telephone: (312) 704-3000

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I, Joseph D. Kern, an attorney, certify that on April 14, 2020, caused to be served a copy of the foregoing **DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS** by: depositing same in the U.S. Mail box at 151 North Franklin Street, Chicago, Illinois 60606, prior to 5:00 p.m., postage prepaid; messenger delivery; UPS; facsimile transmitted from (312) 704-3001; email; or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

☒ ECF
☐ Facsimile
☐ UPS
☐ U.S. Mail
☐ E-Mail
☐ Messenger Delivery

To:    All Parties of Record

*/s/ Joseph D. Kern*
Joseph D. Kern