UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ROGER TODD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:19-cv-00085-JMS-DLP |
| ) | |
| OCWEN LOAN SERVICING, INC., ) | |
| DEUTSCHE BANK NATIONAL TRUST ) | |
| CO., ) | |
| ) | |
| Defendants. ) | |

**AMENDED SCHEDULING ORDER**
**HON. MAGISTRATE JUDGE DORIS L. PRYOR**

The Court *sua sponte* now **RESCHEDULES** the Telephonic Status Conference currently scheduled for May 15, 2020 to **June 2, 2020** at **9:00 a.m. (Eastern)**. Counsel shall attend the conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

So ORDERED.

Date: 5/8/2020

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email