UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ROGER TODD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:19-cv-00085-JMS-DLP |
| | ) |
| OCWEN LOAN SERVICING, INC., | ) |
| DEUTSCHE BANK NATIONAL TRUST CO., | ) |
| | ) |
| Defendants. | ) |

**AMENDED SCHEDULING ORDER**
**SETTLEMENT CONFERENCE**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The Court, *sua sponte*, hereby **CONVERTS** the June 18, 2020 settlement conference from in person to telephonic; all other requirements of the Court's order scheduling the settlement conference, Dkt. [110] remain in effect, and all persons required to appear by that order shall appear by telephone for the settlement conference via call-in information to be separately provided.

SO ORDERED.

Date: 5/20/2020

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email