UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ROGER TODD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 2:19-cv-00085-JMS-DLP |
| | ) |
| OCWEN LOAN SERVICING, INC., | ) |
| DEUTSCHE BANK NATIONAL TRUST CO., | ) |
| | ) |
| Defendants. | ) |

**MINUTE ENTRY FOR SEPTEMBER 4, 2020**
**STATUS CONFERENCE**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

Parties appeared by telephone for a Status Conference on September 4, 2020. The parties discussed the pending Emergency Motion to Stay StoneTurn Group LLP's Production of Documents, Dkt. [172]. The Plaintiff's response brief will be filed on or before September 5, 2020. The Defendant's reply brief will be filed on or before September 8, 2020. The call was held and concluded.

Date: 9/4/2020

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email