UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ROGER TODD, | ) |
|         Plaintiff, | ) |
| v. | ) No. 2:19-cv-00085-JMS-DLP |
| OCWEN LOAN SERVICING, INC., DEUTSCHE BANK NATIONAL TRUST CO., as Trustee for NovaStar Mortgage Funding Trust, Series 2007-1, | ) |
|         Defendants. | ) |

**ORDER**

This matter comes before the Court on Defendant Ocwen Loan Servicing, Inc.'s Motion to Extend and/or Stay StoneTurn Group LLP's Deadline to Produce Documents, Dkt. [171]. The Court previously ruled on the Defendant's Emergency Motion to Stay. (Dkt. 172). Thus, the present motion is **DENIED AS MOOT**.

So ORDERED.

Date: 9/11/2020

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record.