UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Terre Haute Division

| | |
|---|---|
| ROGER TODD, | ) |
|     *Plaintiff*, | ) |
| | ) |
| v. | ) Case No. 2:19-cv-85-JMS-DLP |
| | ) |
| OCWEN LOAN SERVICING, INC., and | ) |
| DEUTSCHE BANK NATIONAL TRUST CO., as | ) |
| Trustee for NovaStar Mortgage Funding Trust, | ) |
| Series 2007-1 | ) |
|     *Defendants*. | ) |

### ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO OCWEN'S OBJECTION TO THE MAGISTRATE JUDGE'S AUGUST 21, 2020 ORDER

Plaintiff, Roger Todd, by counsel, having filed his Motion for enlargement of time, in which to answer or otherwise reply to *Defendant Ocwen Loan Servicing, LLC's Objection to the Magistrate Judge's August 21, 2020 Order with Incorporated Brief in Support,* and the Court being duly advised, now GRANTS said Motion [187].

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff, Roger Todd has up to and including September 21, 2020, in which to answer or otherwise reply to *Defendant Ocwen Loan Servicing, LLC's Objection to the Magistrate Judge's August 21, 2020 Order with Incorporated Brief in Support*; and for all other proper relief.

**SO ORDERED.**

Date: 9/22/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Copies to counsel of record electronically registered.