UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ROGER TODD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:19-cv-00085-JMS-DLP |
| OCWEN LOAN SERVICING, LLC, DEUTSCHE BANK NATIONAL TRUST CO., | ) ) ) ) | |
| Defendants. | ) ) | |

**MINUTE ENTRY FOR NOVEMBER 12, 2020**
**DISCOVERY CONFERENCE**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

Parties appeared by telephone for a Discovery Conference on November 12, 2020. The parties reported on the status of and future plans for discovery. The parties requested an extension of the fact discovery and dispositive motion deadline. The deadline to complete fact discovery is hereby EXTENDED to February 17, 2021 and the dispositive motion deadline to March 31, 2021.

This matter is scheduled for a telephonic status conference on **January 12, 2021** at **2:30 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 11/17/2020

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email