UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ROGER TODD, <br><br> Plaintiff, <br><br> v. <br><br> OCWEN LOAN SERVICING, LLC, and DEUTSCHE BANK NATIONAL TRUST CO., as Trustee for NovaStar Mortgage Funding Trust, Series 2007-1, <br><br> Defendants. | Case No. 2:19-cv-00085-JMS-DLP |

## DEFENDANTS' MOTION TO DISMISS

Defendants Ocwen Loan Servicing, LLC and Deutsche Bank National Trust Co., as Trustee for NovaStar Mortgage Funding Trust, Series 2007-1 ("Defendants"), through their undersigned counsel, respectfully request that the Court dismiss this action with prejudice. In support, Defendants state as follows:

1. Defendants filed a notice of settlement on December 15, 2020 to notify the Court that the parties reached a settlement regarding this matter and that the parties anticipated finalizing settlement no later than December 18, 2020.

2. Accordingly, on December 16, 2020, the Court entered an order stating as follows:

> The Court has been advised by counsel that a settlement has been reached in this action. Therefore, all pending motions, if any, are now DENIED AS MOOT and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are VACATED. IT IS ORDERED that within thirty days of this date, counsel for the plaintiff shall file a motion to dismiss this cause or a stipulation of dismissal. Signed by Magistrate Judge Doris L. Pryor on 12/16/2020. (KAA) (Dkt. 220).

3. The parties finalized settlement ahead of schedule and now have a fully executed settlement agreement. Defendants have also tendered the settlement payment to Plaintiff's counsel. Plaintiff's counsel confirmed receipt of such payment.

4. Now that the parties have finalized settlement, Defendants respectfully request that the Court enter the order submitted with this motion dismissing this action with prejudice.

> Respectfully submitted,
>
> HINSHAW & CULBERTSON LLP
>
> By: */s/ Joseph D. Kern*
>
> Joseph D. Kern
> David M. Schultz
> Hinshaw & Culbertson, LLP
> 151 North Franklin Street
> Suite 2500
> Chicago, IL 60606
> T: 312-704-3000
> F: 312-704-3001
> E-mail: dschultz@hinshawlaw.com
> E-mail: jkern@hinshawlaw.com

## **CERTIFICATE OF SERVICE**

      I, Joseph D. Kern, an attorney, certify that on December 17, 2020, caused to be served a copy of the foregoing by: depositing same in the U.S. Mail box at 151 North Franklin Street, Chicago, Illinois 60606, prior to 5:00 p.m., postage prepaid; messenger delivery; UPS; facsimile transmitted from (312) 704-3001; email; or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

- ☒ ECF
- ☐ Facsimile
- ☐ UPS
- ☐ U.S. Mail
- ☐ E-Mail
- ☐ Messenger Delivery

To:    All Parties of Record

                       */s/ Joseph D. Kern*
                       Joseph D. Kern